

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00334-CR

---

In re Jerry-Jacob James Corona, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## J U D G M E N T

The Court has considered this cause on Relator's petition for writ of mandamus, seeking relief against this Court, and concludes that Relator's petition for writ of mandamus, and his amended petition as well, should be dismissed. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 29th day of December 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.